UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 10-38481 |
| ) | |
| CAVOTO, ROBERT, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on July 14, 2011 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  June 22, 2011                        By:  /s/  Richard M. Fogel
                                                                Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: CAVOTO, ROBERT | § | Case No. 10-38481 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.08 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,000.08 |
| **Balance on hand:** | $ 6,000.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,000.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,350.01 | 0.00 | 1,350.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,350.01 |
| Remaining balance: | $ 4,650.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 4,650.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $57,797.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Susan Hayes Cavoto | 35,000.00 | 0.00 | 4,650.07 |
| 2P | Illinois Department of Revenue | 4,219.64 | 0.00 | 0.00 |
| 5P | Internal Revenue Service | 18,577.78 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 4,650.07 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,762.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 891.12 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 3,748.79 | 0.00 | 0.00 |
| 4 | Marylou Hayes | 30,238.51 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 2,741.25 | 0.00 | 0.00 |
| 7 | Lillig & Thorsness, LTD | 9,143.01 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Robert Cavoto  
    Debtor

Case No. 10-38481-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mflowers     Page 1 of 2     Date Rcvd: Jun 24, 2011  
                     Form ID: pdf006    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2011.

```
db          +Robert Cavoto,   259 W. Goethe,   Chicago, IL 60610-1809
aty         +Dennis M Sbertoli,   Sbertoli Law Office,   P O Box 1482,   La Grange Park, IL 60526-9582
tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
16056233    +ALM Media,   120 Broadway,   5th Floor,   NewYork, NY 10271-1100
16056234    +AT& T,   P.O. Box 8100,   Aurora, IL 60507-8100
16056235     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
16872229     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
              Oklahoma City, OK 73124-8839
16056236    +Crowley Barrett & Karaba, LTD.,   20 S. Clark St., Ste. 2310,   Chicago, IL 60603-1806
16056238    +Dunn & Bradstreet,   103 JFK Parkway,   Short Hills, NJ 07078-2708
17256209    +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
16056239    +First American Bank,   P.O. Box 307,   201 S. State St.,   Hampshire, IL 60140-7001
16056241     Household Bank MasterCard,   P.O. Box  81622,   Salinas, CA 93912-1622
16056242   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   100 West Randolph,
              Chicago, Illinois  60601)
16871436     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
16056243     Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
16056246    +Lillig & Thorsness, LTD,   1900 Spring Road, Suite 200,   Oak Brook, Illinois 60523-1495
16056244    +Manus Northwestern Oral Health Center,   676 N. Michigan Ave.,   35th Floor,
              Chicago, IL 60611-2883
16056245    +Mark E. Becker,   1105 W. Burlington,   Westester, IL 60154
16056232    +Marylou Hayes,   161 E. Chicago Avenue,   Apt. 56H,   Chicago, IL 60611-2629
16056247    +Peter Keseric,   1500 Rosecrans Avenue,   Suite 500,   Manhattan Beach CA 90266-3771
16056248     Regus Office Sharing,   C/O NRS  2304 Tarpey Road,   Suite 134,   Carrolton TX
16056250    +Stephanie Keate-Cavoto,   259 W. Goethe,   Chicago, IL 60610-1809
16056251    +Susan Hayes Cavoto,   875 La Salle Street,   Apt. 25,   Chicago, IL 60610-3278
16056253    +Tom Zbaren,   150 N. Michigan Avenue,   Suite 2800,   Chicago, IL 60601-7586
16056254    +Village of Western Springs,   Department of Water,   740 Hillgrove Avenue,
              Western Springs, IL 60558-1409
16056255    +Zoominfo Media,   307 Waverley Oaks Rd.,   Waltham, MA 02452-8413
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16056240    +E-mail/Text: blyong@golanchristie.com Jun 24 2011 22:22:51     Golan & Christie LLP,
              70 W. Madison St.,   #1500,   Chicago, IL 60602-4265
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
16056237     Dalu Ajene
16056249     Stephanie Keate-Cavoto
aty*        +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
16056252*   +Susan Hayes Cavoto,   875 La Salle Street,   Apt. 25,   Chicago, IL 60610-3278
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1            User: mflowers              Page 2 of 2              Date Rcvd: Jun 24, 2011
                                Form ID: pdf006             Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**                         **Signature:**    _Joseph Speetjens_