**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAVOTO, ROBERT                       § Case No. 10-38481
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,820.00              Assets Exempt: $1,320.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,650.10    Claims Discharged
                                              Without Payment: $233,792.85

Total Expenses of Administration: $1,344.36

---

3) Total gross receipts of $ 6,000.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $658,446.80 | $42,568.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,344.36 | 1,344.36 | 1,344.36 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 54,489.38 | 57,797.42 | 57,797.42 | 4,650.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 243,232.75 | 46,762.68 | 46,762.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $956,168.93 | $148,473.23 | $105,904.46 | $5,994.46 |

    4) This case was originally filed under Chapter 7 on August 28, 2010. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011    By: /s/RICHARD M. FOGEL
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Boat | 1229-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Fifth Third Bank | 4210-000 | N/A | 42,568.77 | 0.00 | 0.00 |
| NOTFILED | First American Bank/ Crowley Barrett & Karaba, LTD | 4110-000 | 658,446.80 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$658,446.80** | **$42,568.77** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,350.01 | 1,350.01 | 1,350.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.65 | 5.65 | 5.65 |
| BMS | 2600-000 | N/A | -5.65 | -5.65 | -5.65 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | -5.65 | -5.65 | -5.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 1,344.36 | 1,344.36 | 1,344.36 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Susan Hayes Cavoto | 5100-000 | 30,000.00 | 35,000.00 | 35,000.00 | 4,650.10 |
| 2P | Illinois Department of Revenue | 5800-000 | 3,332.00 | 4,219.64 | 4,219.64 | 0.00 |
| 5P | Internal Revenue Service | 5800-000 | 21,157.38 | 18,577.78 | 18,577.78 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 54,489.38 | 57,797.42 | 57,797.42 | 4,650.10 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 891.12 | 891.12 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | 4,000.00 | 3,748.79 | 3,748.79 | 0.00 |
| 4 | Marylou Hayes | 7100-000 | 35,000.00 | 30,238.51 | 30,238.51 | 0.00 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 2,741.25 | 2,741.25 | 0.00 |
| 7 | Lillig & Thorsness, LTD | 7100-000 | 40,000.00 | 9,143.01 | 9,143.01 | 0.00 |
| NOTFILED | Regus Office Sharing c/o NRS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Keseric | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephanie Keate- Cavoto | 7100-000 | 62,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Western Springs/ Department of Water | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Zoominfo Media | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Zbaren | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Manus Northwestern Oral Health Center | 7100-000 | 504.75 | N/A | N/A | 0.00 |
| NOTFILED | Susan Hayes Cavoto/ Mark E. Becker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ALM Media | 7100-000 | 5,270.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank MasterCard | 7100-000 | 32,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Dunn & Bradstreet | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 243,232.75 | 46,762.68 | 46,762.68 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38481  
**Case Name:** CAVOTO, ROBERT  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/28/10 (f)  
**§341(a) Meeting Date:** 10/26/10  

**Period Ending:** 09/01/11  

**Claims Bar Date:** 05/13/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank accounts | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security Deposits | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household Goods and Furnishings | 0.00 | Unknown | DA | 0.00 | FA |
| 5 | Wearing apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furs and Jewelry | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | Stock and business interests | 0.00 | Unknown | DA | 0.00 | Unknown |
| 8 | Stock and business interests | 0.00 | Unknown | | 0.00 | Unknown |
| 9 | Pets | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Boat  (u)  (See Footnote) | 0.00 | 5,000.00 | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.11 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$2,820.00** | **$5,000.00** | | **$6,000.11** | **$0.00** |

RE PROP# 10    Trustee authorized to sell right, title and interest for $6,000 per o/c 1-25-11

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 30, 2011          **Current Projected Date Of Final Report (TFR):**    June 22, 2011  (Actual)

Printed: 09/01/2011 06:53 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-38481 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CAVOTO, ROBERT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******06-65 - Money Market Account |
| Taxpayer ID #: | **-***4642 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/09/11 | {10} | STEPHANIE J. CAVOTO | First and second installment payments per o/c 1-25-11 | 1229-000 | 2,000.00 | | 2,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 03/11/11 | {10} | STEPHANIE CAVOTO | Installment payment | 1229-000 | 1,000.00 | | 3,000.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 3,000.02 |
| 04/01/11 | {10} | STEPHANIE CAVOTO | Prepayment of installment balance | 1229-000 | 3,000.00 | | 6,000.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,000.05 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,000.08 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,000.11 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 6,000.11 |
| 07/13/11 | | To Account #9200******0666 | Close account and transfer for final distributions | 9999-000 | | 6,000.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.11 | 6,000.11 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.11 | |
| | | | **Subtotal** | | **6,000.11** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.11** | **$0.00** | |

{} Asset reference(s)                                                                                                    Printed: 09/01/2011 06:53 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-38481  
**Case Name:** CAVOTO, ROBERT  

**Taxpayer ID #:** **-***4642  
**Period Ending:** 09/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/11 | | From Account #9200******0665 | Close account and transfer for final distributions | 9999-000 | 6,000.11 | | 6,000.11 |
| 07/15/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,350.01, Trustee Compensation; Reference: | 2100-000 | | 1,350.01 | 4,650.10 |
| 07/15/11 | 102 | Susan Hayes Cavoto | 13.28% dividend on Claim # 1, Ref: | 5100-000 | | 4,650.10 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.65 | -5.65 |
| 08/03/11 | | BMS | Refund for service charge | 2600-000 | | -5.65 | 0.00 |
| 08/03/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.65 | 5.65 |
| | | | **ACCOUNT TOTALS** | | **6,000.11** | **5,994.46** | **$5.65** |
| | | | Less: Bank Transfers | | 6,000.11 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,994.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,994.46** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******06-65** | 6,000.11 | 0.00 | 0.00 |
| **Checking # 9200-******06-66** | 0.00 | 5,994.46 | 5.65 |
| | **$6,000.11** | **$5,994.46** | **$5.65** |

{} Asset reference(s)

Printed: 09/01/2011 06:53 AM    V.12.57